TODD H. HARRISON, SBN 230542
BRENNAN S. KAHN, SBN 259548
**PERONA, LANGER, BECK, SERBIN, MENDOZA & HARRISON, APC.**
300 E. San Antonio Drive
Long Beach, California 90807-0948
(562) 426-6155   Fax (562) 490-9823

Attorneys for Plaintiffs, Elizabeth Ann Galassi, Desiree Johnson, Jack Lee, Nathan Reed, and Paul Reed

# UNITED STATED DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH ANN GALASSI, an Individual; DESIREE JOHNSON, an Individual; JACK LEE, an Individual; NATHAN REED, an Individual; and PAUL REED, an Individual, <br><br> Plaintiffs, <br><br> v. <br><br> CEC ENTERTAINMENT, INC., a Kansas Corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | **Case Number:** 3:17-cv-01608-EMC <br><br> *(Assigned to Hon. Edward M. Chen)* <br><br> **[PROPOSED] ORDER RE: JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** <br><br> Complaint Filed: January 31, 2017 <br> Removed to Fed. Ct.: March 24, 2017 <br> Scheduling Conf.: June 29, 2017 <br> Trial Date: Not Yet Calendared |

/ / /
/ / /
/ / /
/ / /

1

[PROPOSED] ORDER RE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Good cause appearing therefore, **IT IS HEREBY ORDERED** that the above-captioned action be and hereby is dismissed with prejudice, in its entirety and as to all current and former defendants, pursuant to *Federal Rules of Civil Procedure,* Rule 41(a). Each party shall bear their/its own costs and attorneys' fees. The Court shall retain jurisdiction to enforce the terms of any Settlement Agreement between the parties.

DATED: ___8/22/17___         SIGNED: _____
                                         Hon. 
                                         Judge Edward M. Chen

2

[PROPOSED] ORDER RE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE